IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

Brian Joint,                                )
                                            )
                    Plaintiff,              )        Civil Action No. 4:18-cv-0088-TLW
v.                                          )
                                            )
DSS State Attorney Gamble Anderson;)
Darlington County Detention Center;         )
and Patricia Gattison,                      )        **ORDER**
                                            )
                    Defendants.             )
_____)

Plaintiff Brian Joint brought this action, *pro se*, claiming violations of his civil rights. ECF No. 1. Petitioner was advised twice by Court Order that if he failed to bring this case into proper form, the action was subject to dismissal. ECF Nos. 5, 9.

This matter now comes before the Court for review of the Report and Recommendation, filed on March 6, 2018, by United States Magistrate Judge Shiva V. Hodges, to whom this case was previously assigned pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Civil Rule 73.02(B)(2)(e), (D.S.C.). ECF No. 13. The Report recommends that this case be dismissed pursuant to Fed. R. Civ. P. 41. *Id.* The deadline to object to the Report was March 20, 2018. However, Petitioner did not file objections to the Report or otherwise respond.

This Court is charged with conducting a *de novo* review of any portion of the Magistrate Judge's Report and Recommendation to which a specific objection is registered, and may accept, reject, or modify, in whole or in part, the recommendations contained in that Report. 28 U.S.C. § 636. In the absence of

objections to the Report, this Court is not required to give any explanation for adopting the recommendation. *See Camby v. Davis*, 718 F.2d 198, 199 (4th Cir. 1983).

The Court has carefully reviewed the Report and relevant filings. The Court notes that Plaintiff has not filed anything in this case since the complaint, which was filed on January 9, 2018. For the reasons articulated by the Magistrate Judge, it is hereby **ORDERED** that the Magistrate Judge's Report, ECF No. 13, is **ACCEPTED**, and this action is **DISMISSED** pursuant to Federal Rule of Civil Procedure 41(b).

**IT IS SO ORDERED.**

*s/Terry L. Wooten*
Senior United States District Judge

April 15, 2019
Columbia, South Carolina