AO 450 (SCD 04/2010) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| | | |
|---|---|---|
| Brian Joint, *Plaintiff* v. | ) ) ) ) ) ) | Civil Action No. 4:18-cv-00088-TLW |
| DSS State Attorney Gamble Anderson; Darlington County Detention Center; Patricia Gattison, *Defendants* | | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

■ The plaintiff, Brian Joint, shall take nothing of the defendants, DSS State Attorney Gamble Anderson, Darlington County Detention Center and Patricia Gattison, and this action is dismissed without prejudice.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Terry L. Wooten, Senior United States District Judge, presiding, accepting the Report and Recommendation of the Honorable Shiva V. Hodges, United States Magistrate Judge, which recommended dismissing the complaint.

Date: April 16, 2019

*ROBIN L. BLUME, CLERK OF COURT*

s/L. Baker

*Signature of Clerk or Deputy Clerk*